UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------- X

UNITED STATES OF AMERICA

    -v.-

MARK PAGANI,

           Defendant.

---------------------------------- X

[PROPOSED] ORDER OF VACATUR OF PRELIMINARY ORDER OF FORFEITURE AS TO SPECIFIC PROPERTY

S1 14 Cr. 437 (CS)

WHEREAS, on or about July 15, 2016, the Court entered a Consent Preliminary Order of Forfeiture as to Specific Property/Money Judgment (the "Preliminary Order of Forfeiture") (D.E. 26), which ordered the forfeiture to the United States of all right, title and interest of MARK PAGANI (the "Defendant") in, *inter alia,* the following specific property:

a. The real property and appurtenances located at 4 Hageman Court, Katonah, New York 10536, with all improvements, attachments, and easements thereon;

b. The real property and appurtenances located at 154-164 Maple Street, Springfield, Massachusetts 01105, with all improvements, attachments, and easements thereon;

c. The real property and appurtenances located at 864 East 149th Street, Bronx, New York 10455, with all improvements, attachments, and easements thereon;

d. The real property and appurtenances located at 44-46 Camp Street, Middletown, Connecticut 06457, with all improvements, attachments, and easements thereon;

e. The real property and appurtenances located at 10 Marshall Street, Hartford, Connecticut 06105, with all improvements, attachments, and easements thereon;

(collectively, the "Specific Property"); and

WHEREAS, the United States no longer seeks forfeiture of the Specific Property;

NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

1. The Preliminary Order of Forfeiture is hereby vacated as to the Specific Property.

2. The Preliminary Order of Forfeiture shall remain in full force and effect in all other aspects.

Dated: White Plains, New York
December 27, 2021

SO ORDERED:

*[signature: Cathy Seibel]*

HONORABLE CATHY SEIBEL
UNITED STATES DISTRICT JUDGE